AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Clayton Perkins,

                                       Case Number:   1:10cv810

      V.

Sun Chemical Corporation, et. Al.,              Chief Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the PRELIMINARY PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 |
| | DATE AND TIME |
| | April 15, 2011 at 11:00 AM |

SPECIAL INSTRUCTIONS:

1. Discovery Conference to be held no later than March 18, 2011.

2. Filing of Discovery Plan no later than April 1, 2011.

JAMES BONINI, CLERK

   s/William Miller
William Miller
Case Manager
(513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.