Robert F. Croskery (0064802)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

**CLAYTON PERKINS**

    **Plaintiff**

v.

**SUN CHEMICAL CORPORATION, et al**

    **Defendants**

: Case No. 1:10-cv-00810-SJD

: Judge Susan J. Dlott

: **MOTION TO DISMISS DEFENDANT**
: **SCOTT CHASE WITHOUT PREJUDICE**

:

Plaintiff Clayton Perkins hereby moves to Dismiss of Defendant Scott Chase Without Prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/*Robert F. Croskery*
Robert F. Croskery (0064802)
Trial Attorney for Plaintiff
Croskery Law Offices
810 Sycamore St., 2nd Floor
Cincinnati, OH 45202
rcroskery@croskerylaw.com
Telephone:  (513) 232-5297
Facsimile:  (513) 338-1992

OF COUNSEL:

Croskery Law Offices

1

CERTIFICATE OF SERVICE

I certify that the foregoing document was served on Robin Ryan, Esq., Graydon Head & Ritchey LLP, 7759 University Dr., Suite A, West Chester, Ohio 45069 through the Court's Electronic Filing System this 8th day of March 2011.

                                                s/*Robert F. Croskery*
                                                Robert F. Croskery (0064802)