IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Clayton Perkins

      vs.                         Case Number: 1:10cv810

Sun Chemical Corporation, et al.,

ORDER

This matter is before the Court upon defendant's Motion for Admission of attorney Keisha-Ann G. Gray (Doc. 17).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Keisha-Ann G. Gray is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Court