## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| CLAYTON PERKINS, | : Case No.: 1:10-cv-00810 (SJD) |
| | : Judge: Chief Judge Susan J. Dlott |
| Plaintiff, | : |
| | : |
| v. | : **DEFENDANT SUN CHEMICAL** |
| | : **CORPORATION'S DISCLOSURE OF** |
| SUN CHEMICAL CORPORATION, | : **CORPORATE AFFILIATIONS AND** |
| ROBERT RANEY, and SCOTT CHASE, | : **FINANCIAL INTEREST PURSUANT** |
| | : **TO FED. R. CIV. P. 7.1** |
| Defendants. | : |
| | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Chemical Corporation hereby certifies that it is a subsidiary of Sun Chemical Group Coöperatief U.A. and its ultimate parent corporation is DIC Corporation, which is publicly-traded on Japan's Nikkei Stock Exchange.

Dated: April 6, 2011
      New York, New York

                                                    Respectfully submitted,

                                                  */s/ Robin D. Ryan*_____
                                                  Robin D. Ryan (0074375)
                                                  GRAYDON HEAD & RITCHEY LLP
                                                  7759 University Drive, Suite A
                                                  West Chester, OH 45069
                                                  Phone: (513) 755-4502
                                                  Fax: (513) 755-9588
                                                  E-mail: rryan@graydon.com

>/s/Kathleen M. McKenna
> Kathleen M. McKenna
> Keisha-Ann G. Gray
> PROSKAUER ROSE LLP
> Eleven Times Square
> New York, NY 10036-8299
> Phone: (212) 969-3130
> Fax: (212) 969-2900
> E-mail: kmckenna@proskauer.com
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

> /s/ Robin D. Ryan
> Robin D. Ryan (0074375)
> GRAYDON HEAD & RITCHEY LLP

3077614.1